UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EMPIRE STATE CARPENTERS WELFARE,
PENSION, ANNUITY, APPRENTICESHIP,
CHARITABLE TRUST, LABOR
MANAGEMENT CORPORATION, and
SCHOLARSHIP FUNDS, and their BOARD
OF TRUSTEES,

                Plaintiffs,

- against -

LEVI G. MITCHENER d/b/a MITCHENER
CONSTRUCTION,

                Defendant.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   MAY 30 2012   ★

LONG ISLAND OFFICE

**DEFAULT JUDGMENT**
CV-10-3030 (ADS)(ETB)

       An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on May 24, 2012, adopting in its entirety the April 25, 2012 Report and Recommendation of Magistrate Judge E. Thomas Boyle, directing the Clerk of Court to enter a default judgment against the defendant in the amounts recommended by Judge Boyle, and further directing the Clerk of Court to close this case, it is

       **ORDERED AND ADJUDGED** that default judgment is entered against defendant Levi G. Mitchener d/b/a Mitchener Construction; that plaintiffs are awarded damages as follows: (1) unpaid employee benefit contributions in the amount of $58,148.41; (2) interest through April 25, 2012 in the amount of $34,443.08, plus additional interest in the amount of $633.40; (3) audit fees in the amount of $5,805.83; (4) liquidated damages in the amount of $5,814.84; (5) post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961; (6) attorney's fees in the amount of $3,583.50; and (7) costs in the amount of $770.81, for a total monetary award of $109,181.31, plus additional post-judgment interest, as set forth above; and that this case is hereby closed.

Dated:  Central Islip, New York
          May 30, 2012

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                            By:    /s/ Catherine Vukovich
                                   Deputy Clerk